**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charlene Mitchell, ) | ED CV 06-00048 RSWL |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | |
| Kristine M. Eubanks, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    On October 06, 2010, this Court issued an Order [76] directing counsel for Plaintiff Charlene Mitchell to file a status report with this Court by October 16, 2010, advising the Court of the status of the bankruptcy filing by Defendants Fine Art Network, Inc. and Finer Images, Inc. d/b/a Finer Images Editions. To date, the Court has yet to receive a status report.

1 | Plaintiff is therefore **ORDERED TO SHOW CAUSE** within
2 | ten days of the issuance of this Order as to why this
3 | matter should not be dismissed for lack of prosecution.
4 | Should Plaintiff fail to respond to the Court's Order to
5 | Show Cause by the November 08, 2010 deadline, the Court
6 | will dismiss this case for lack of prosecution, in
7 | accordance with FRCP 41(b) and Local Rule 41-5.
8 |
9 | DATED: October 27, 2010
10 | **IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

2