UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-00048 RSWL (FMOx) | Date | April 8, 2015 |
|---|---|---|---|
| Title | Charlene Mitchell v. Kristine M. Eubanks, et al. | | |

| Present: The Honorable | | U.S. District Court Judge | |
|---|---|---|---|
| Joseph Remigio | | Not Present | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   -   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On February 17, 2015, the Court ordered Plaintiff to file a status report [79]. On March 12, 2015, Plaintiff filed a status report indicating the bankruptcy proceedings for Defendants Sullivan and Eubanks have been concluded. On March 13, 2015, the Court ordered Plaintiff to file, no later than April 3, 2014, a further status report advising the Court whether any further action should take place in this action. To date, Plaintiff has failed to respond to the Court's order of March 13, 2015.

Accordingly, IT IS ORDERED that counsel show cause in writing not later than **April 10, 2015, at 2:00 p.m.**, why this action should not be dismissed for lack of prosecution and failure to comply with this Court's order and/or why sanctions should not be imposed. **FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response.

____:____

Initials of Deputy Clerk   jre